JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WAYNE RATHBUN,<br><br>                Petitioner,<br><br>    v.<br><br>K. ALLISON, CDCR Secretary,<br><br>                Respondent. | Case No. 2:21-cv-03252-JVS (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of MARK WAYNE RATHBUN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED: April 29, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE